# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DYLAN 140 LLC,

                Plaintiff,

-against-

HECTOR J. FIGUEROA AS TRUSTEE AND THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ PENSION FUND, THOMAS SHORTMAN TRAINING SCHOLARSHIP AND SAFETY FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, and BUILDING SERVICES 32BJ SUPPLEMENTAL RETIREMENT & SAVINGS FUND,

                Defendants.

-----------------------------------------------------------X

19 CIVIL 2897 (LAK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 7, 2020, Defendants' motion to dismiss the complaint is converted into a motion to compel arbitration and granted, substantially for the reasons stated in the report and recommendation of Magistrate Judge Debra Freeman. Plaintiff's objections to the report and recommendation are overruled. The stay of the arbitration proceeding is lifted and this action is dismissed without prejudice.

**Dated:** New York, New York
         January 8, 2020

                                           **RUBY J. KRAJICK**
                                             Clerk of Court

BY: _____
          Deputy Clerk